**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
SERGIO ESPINOSA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-05-00290 |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER TO CONTINUE JUDGMENT AND SENTENCE TO OCTOBER 18, 2006 |
| v. ) | |
| SERGIO ESPINOSA, et al. ) | |
| DEFENDANTS. ) | |
| _____ ) | |

**AGREEMENT AND STIPULATION**

The United States of America, represented by the United States Attorney for the Eastern District of California, by Assistant United States Attorney, Mr.Philip Ferrari, and the defendant, SERGIO ESPINOSA, represented by Mr. James R. Greiner, hereby agree and stipulate that the Judgment and Sentencing of this matter may be continued from Wednesday, September 27, 2006, to Wednesday, October 18, 2006, at 9:00 a.m. in courtroom number 5, on the 14th floor of the United States Courthouse, 501 I Street, before the Honorable United States District Court Judge, William B. Shubb. The Wednesday, September 27, 2006, date may be vacated.

1

1  It is so agreed and stipulated.

2

3                                          McGregor W. Scott
                                           Untied States Attorney
4  DATED: 8-29-06

5                                          /s/ Philip A. Ferrari (authorized by telephone authorization)

6                                          _____

7                                          Mr. Philip A. Ferrari
                                           Assistant United States Attorney
8

9  DATED: 8-29-06

10                                         /s/ James R. Greiner

11                                         _____

12                                         James R. Greiner
                                           Attorney for Sergio Espinosa
13

14
   **GOOD CAUSE APPEARING, IT IS SO ORDERED.**
15

16

17 DATED:  August 31, 2006

18
                    _____
19                  WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28
                                     2