1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   SERGIO ESPINOSA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-05-00290-WBS |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER TO CONTINUE JUDGMENT AND SENTENCE TO DECEMBER 13, 2006 |
| v. ) | |
| SERGIO ESPINOSA, et al. ) | |
| DEFENDANTS. ) | |
| _____) | |

**AGREEMENT AND STIPULATION**

The United States of America, represented by the United States Attorney for the Eastern District of California, by Assistant United States Attorney, Mr. Philip Ferrari, and the defendant, SERGIO ESPINOSA, represented by Mr. James R. Greiner, hereby agree and stipulate that the Judgment and Sentencing of this matter may be continued from Wednesday, October 18, 2006, to Wednesday, December 13, 2006, at 9:00 a.m. in courtroom number 5, on the 14th floor of the United States Courthouse, 501 I Street, before the Honorable United States District Court Judge, William B. Shubb. The Wednesday, October 18, 2006, date may be vacated.

1

It is so agreed and stipulated.

DATED: 10-13-06

McGregor W. Scott
Untied States Attorney

/s/ Philip A. Ferrari (authorized by in person authorization)

_____

Mr. Philip A. Ferrari
Assistant United States Attorney

DATED: 10-13-06

/s/ James R. Greiner

_____

James R. Greiner
Attorney for Defendant
Sergio Espinosa

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: **October 16, 2006**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____

HONORABLE WILLIAM B. SHUBB
UNITED STATES DISTRICT COURT JUDGE