**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
SERGIO ESPINOSA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-05-00290 |
| PLAINTIFF, ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE JUDGMENT AND SENTENCE TO FEBRUARY 5, 2007 |
| v. ) | |
| SERGIO ESPINOSA, et al. ) | |
| DEFENDANTS. ) | |
| _____) | |

**AGREEMENT AND STIPULATION**

The United States of America, represented by the United States Attorney for the Eastern District of California, by Assistant United States Attorney, Mr.Philip Ferrari, and the defendant, SERGIO ESPINOSA, represented by Mr. James R. Greiner, hereby agree and stipulate that the Judgment and Sentencing of this matter may be continued from Wednesday, December 13, 2006, to Monday, February 5, 2007, at 8:30 a.m. in courtroom number 5, on the 14th floor of the United States Courthouse, 501 I Street, before the Honorable United States District Court Judge, William B. Shubb. The Wednesday, December 13, 2006, date may be vacated.

1

It is so agreed and stipulated.

DATED: 12-11-06

          McGregor W. Scott
          Untied States Attorney

/s/ Philip A. Ferrari (authorized by telephone authorization)
_____

Mr. Philip A. Ferrari
Assistant United States Attorney

DATED: 12-11-06

/s/ James R. Greiner
_____

James R. Greiner
Attorney for Sergio Espinosa

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: December 12, 2006

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2